AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>MILLER, GRAY H. | 2. Court or Organization<br><br>U.S. DIST. COURT, SO. DIST. TX | 3. Date of Report<br><br>05/06/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>BOB CASEY U. S. COURTHOUSE<br>515 RUSK AVE<br>HOUSTON, TX 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of the Advisory Board | USS Cavalla Historical Foundation |
| 2. Member of the Board | Garland R. Walker American Inn of Court |
| 3. Member of the Board | Federal Bar Association - Southern District of Texas |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Miller, Gray H.

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Louisiana State University | March 4-5 | Baton Rouge, LA | Alvin Rubin Maritime Law Seminar | Transportation, meals, room |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Trapeze Capital Corp. | Margin Account | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Chase Bank Accounts | | None | | | Closed | | | | |
| 2. Everbank Bank Account | A | Interest | K | T | | | | | See Note in Part VIII |
| 3. Everbank Bank Account | A | Interest | | | Closed | 07/09/10 | J | | See Note in Part VIII |
| 4. Peoples State Bank Account | | None | | | Closed | | | | |
| 5. Compass Bank Money Market Account | | None | | | Closed | | | | |
| 6. Performex Multi Manager Fund 3c1 LP | A | Int./Div. | O | T | | | | | |
| 7. | E | Distribution | | | | | | | |
| 8. Brokerage Account #1 | | | | | | | | | |
| 9. - Fidelity Core Cash Account (Y) | | | | | | | | | |
| 10. Brokerage Account #2 | | | | | | | | | |
| 11. - Cano Petroleum Inc Common | | None | | | Sold (part) | 07/08/10 | J | | |
| 12. | | | | | Sold | 09/28/10 | J | | |
| 13. - Corridor Res Inc. Common Stock | | None | K | T | Sold (part) | 11/03/10 | J | C | |
| 14. | | | | | Buy (add'l) | 12/08/10 | J | | |
| 15. - Malaga Inc | | None | J | T | | | | | |
| 16. - ORCA Exploration | | None | K | T | Buy (add'l) | 10/05/10 | J | | |
| 17. - Etruscan Resources Inc. Common Stock | | None | | | Sold (part) | 07/18/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 08/18/10 | J | | |
| 19.   - Goldfarb Corp Cl-A Svs | | None | J | T | | | | | |
| 20.   - High River Gld Qly Cv Rs 8% 31Dec11 (Y) | | | | | | | | | |
| 21.   - Petrolifera Petroleum Ltd | | None | J | T | | | | | |
| 22.   - Specialty Foods Grp Vr/Rt 14/Dec11 | A | Interest | J | T | | | | | |
| 23.   - St. Andrew Goldfields - New Common Stock | | None | K | T | | | | | |
| 24.   - Sterling Res Ltd. | | None | | | Sold (part) | 03/25/10 | J | A | |
| 25. | | | | | Sold (part) | 07/21/10 | J | A | |
| 26. | | | | | Sold | 09/07/10 | J | A | |
| 27.   - Serrano Energy Ltd - New Common Stock | | None | | | Sold | 06/03/10 | J | | |
| 28.   - Canadian Phoenix Res - New | | None | | | Sold | 08/18/10 | J | | |
| 29.   - Aetna Inc- New Common Stock | A | Dividend | J | T | Buy (add'l) | 05/19/10 | J | | |
| 30.   - BJS Restaurants Inc | | None | J | T | Sold | 01/08/10 | J | | See note in part VIII |
| 31. | | | | | Sold | 04/21/10 | J | | |
| 32. | | | | | Buy | 05/21/10 | J | | |
| 33. | | | | | Buy | 05/25/10 | J | A | |
| 34. | | | | | Sold | 10/07/10 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - California Pizza Kitchen | | None | | | Sold | 03/19/10 | J | | See note in part VIII |
| 36. | | | | | Sold | 03/22/10 | J | | |
| 37. | | | | | Buy | 05/07/10 | J | | |
| 38. | | | | | Buy | 05/20/10 | J | | |
| 39. - Ruby Tuesday Inc Common Stock | | None | | | Sold (part) | 03/11/10 | J | A | |
| 40. | | | | | Sold (part) | 03/31/10 | J | B | |
| 41. | | | | | Sold | 04/16/10 | J | B | |
| 42. - Kroger Co Common Stock | A | Dividend | J | T | | | | | |
| 43. - Clorox Company Common Stock | A | Dividend | J | T | Buy (add'l) | 01/29/10 | J | | |
| 44. - CVS Caremark Corporation Common | A | Dividend | J | T | | | | | |
| 45. - Jack in the Box Inc Common | | None | J | T | Sold (part) | 11/23/10 | J | A | |
| 46. - Gamestop Corp Cl-A Common | | None | | | Sold (part) | 05/18/10 | J | | |
| 47. | | | | | Sold | 05/27/10 | J | | |
| 48. - Aflac Inc Common | A | Dividend | J | T | Buy | 05/07/10 | J | | |
| 49. | | | | | Sold (part) | 11/19/10 | J | A | |
| 50. - Goldman Sachs Group Inc Common | A | Dividend | J | T | Buy | 02/08/10 | J | | |
| 51. | | | | | Buy (add'l) | 05/03/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 05/06/10 | J | | |
| 53. | | | | | Sold (part) | 11/11/10 | J | A | |
| 54. | | | | | Sold (part) | 11/18/10 | J | A | |
| 55. - Xcite Energy Ltd Common | | None | K | T | Buy | 03/15/10 | J | | |
| 56. | | | | | Sold (part) | 11/19/10 | J | B | |
| 57. - Aurcana Corporation 08APR11 | | None | J | T | Buy | 11/30/10 | J | | |
| 58. - WTS-Aurcana Corp 07Dec13 | | None | J | T | Spinoff (from line 57) | 12/09/10 | J | | |
| 59. - Manitok Energy Inc 23Apr2011 | | None | J | T | Buy | 12/15/10 | J | | |
| 60. - Porto Energy | | None | J | T | Buy | 04/20/10 | J | | |
| 61. | | | | | Buy (add'l) | 12/09/10 | J | | |
| 62. - Hewlett Packard Co Common Stock | A | Dividend | J | T | Buy | 08/06/10 | J | | |
| 63. | | | | | Buy (add'l) | 11/11/10 | J | | |
| 64. - Cisco Systems Inc Common Stock | | None | J | T | Buy | 11/11/10 | J | | |
| 65. - General Motors 5.25% | | None | J | T | Buy | 11/15/10 | J | | |
| 66. - MasterCard Inc CL-A Common Stock | | None | J | T | Buy | 12/17/10 | J | | |
| 67. - Pan-Ocean Energy-B-Temp (X) | | None | | | Sold | 11/16/10 | J | A | |
| 68. - Chipotle Mexican Grill Common Stock | | None | | | Sold | 05/06/10 | J | | See Note in Part VIII |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 05/13/10 | J | | |
| 70. | | | | | Buy | 05/19/10 | J | | |
| 71.   - Dineequity Inc Common Stock | | None | J | T | Sold | 11/12/10 | J | | See Note in Part VIII |
| 72. | | | | | Sold | 11/17/10 | J | | |
| 73.   - Dynacor Gold Mines Inc Common Stock (X) | | None | J | T | | | | | |
| 74.   Performex Multi Manager Fund 3c1 LP (IRA Investment) | A | Int./Div. | P1 | T | Buy (add'l) | 07/10/10 | K | | |
| 75.   Trust #1 | | | | | | | | | |
| 76.   - Fidelity Core Cash Account | A | Interest | J | T | | | | | |
| 77.   - Short Dow30 ProShares ETF | | None | J | T | | | | | |
| 78.   - Ultra Short Dow30 ProsShares ETF | | None | J | T | | | | | |
| 79.   - Exxon Mobil Corp Common Stock | A | Dividend | J | T | Buy | 05/26/10 | J | | |
| 80. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 81.   Trust #2 | | | | | | | | | |
| 82.   - Fidelity Core Cash Account | A | Interest | J | T | | | | | |
| 83.   - Short Dow30 ProShares ETF | | None | J | T | | | | | |
| 84.   - Ultra Short Dow30 ProsShares ETF | | None | J | T | | | | | |
| 85.   - Exxon Mobile Corp Common Stock | A | Dividend | J | T | Buy | 05/26/10 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 87. Trust #3 | | | | | | | | | |
| 88. - Fidelity Core Cash Account | A | Interest | K | T | Open | 12/07/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note: ETF stands for Exchange Traded Fund.

Part VII, page 4, line 2 & 3 - The prior year report shows Everbank Bank Accounts which included two accounts. During 2010, one of those accounts was closed so an additional line was added for the account that was closed and both accounts were renamed Everbank Bank Account.

Part VII, page 5, line 30 - BJS Restaurants Inc was sold short on 01/08/10 and 04/21/10 and covered on 05/21/10 and 05/25/10. On 10/07/10, the stock was sold short again and not covered during 2010 so Column C has been filled out since this stock was not covered at the end of the reporting period.

Part VII, page 6, line 35 - California Pizza Kitchen was sold short on 03/19/10 and 03/22/10 and covered on 05/07/10 and 05/20/10. Column C has been left blank since this stock was no longer held at the end of the reporting period.

Part VII, page 7, line 68 - Chipotle Mexican Grill was sold short on 05/06/10 and 05/13/10 and covered on 05/19/10. Column C has been left blank since this stock was no longer held at the end of the reporting period.

Part VII, page 8, line 71 - Dineequity Inc was sold short on 11/12/10 and 11/17/10 and not covered during 2010. Column C has been filled out since this stock was ·not covered at the end of the reporting period.

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 05/06/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ GRAY H. MILLER

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544